# United States District Court
NORTHERN DISTRICT OF GEORGIA

FILED IN CHAMBERS
U.S.D.C. Atlanta
MAR 2 2 2018
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA
v.

SYRANARD EUGENE WATSON

**CRIMINAL COMPLAINT**

Case Number: 1:18-MJ-284

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about March 15, 2018 in Fulton County, in the Northern District of Georgia, defendant did, move and travel in interstate commerce between Georgia and Texas with intent to avoid prosecution for the crime of Felony Murder (Ga. Code 16-5-1), which is a felony under the laws of the state of Georgia;

in violation of Title 18, United States Code, Section 1073.

I further state that I am an FBI Task Force Officer and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.   Yes

_____
Signature of Complainant
FBI TFO Mark A. Gardner

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to before me, and subscribed in my presence

March 22, 2018                                   at   Atlanta, Georgia
Date                                                      City and State

JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                Signature of Judicial Officer
AUSA Timothy Lee

# AFFIDAVIT

1. Your affiant, Mark A. Gardner, is a Task Force Officer with the Federal Bureau of Investigation. I have been assigned with Atlanta FBI Squad 7 since 2007. My primary duties are to seek wanted persons and bring them to justice.

2. This affidavit is being made for the purpose of securing an arrest warrant for SYRANARD EUGENE WATSON for the offense of Unlawful Flight to Avoid Prosecution, in violation of 18 U.S.C. § 1073.

3. On March 7, 2018, a criminal warrant was issued in Fulton County Magistrate Court charging SYRANARD EUGENE WATSON with the crime of FELONY MURDER, a felony in the state of Georgia. The alleged felony murder occurred on February 10, 2018, in Atlanta, Georgia.

4. WATSON is believed to have fled to the state of TEXAS to avoid prosecution in Fulton County, Georgia.

5. The investigation has revealed that:

    (a) WATSON drives a 2012 Black/Grey Jaguar XJ with North Carolina license plate number FCW9443 and Vehicle Identification Number (VIN) SAJWA1CB1CLV31450 (hereinafter the "Vehicle"). The Vehicle is registered to WATSON'S girlfriend, Joshelyn Wooten (DOB 4/8/1985; 2075 Lake Park Drive, Apt. P, Smyrna, Georgia 30080), who has refused to cooperate with investigators.

    (b) On February 10, 2018, WATSON fled from the scene of the alleged FELONY MURDER in the Vehicle. On March 15, 2018, a license plate reader recorded the presence of the Vehicle in Beaumont, Texas.

6. Upon apprehending SYRANARD EUGENE WATSON, the Atlanta Police Department will pursue his extradition of from any jurisdiction in which he is apprehended.